✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:17-CR-00047-001 (TES) |
| **JAMES BLACK** | |

On February 10, 2023, the supervised release period of 60 months commenced. James Black has complied with the rules and regulations of supervised release, he has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended James Black be discharged from supervision.

Respectfully submitted,

*/s/ James O. Poe, III*
James O. Poe, III
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  28th  day of  October , 2024.

s/Tilman E. Self, III
TILMAN E. SELF, III
U.S. DISTRICT JUDGE